

S. MARTIN TEEL, JR.
U. S. BANKRUPTCY JUDGE
SITTING BY DESIGNATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: | * |
| | Case No. 15-11441 |
| MOHAMMAD R. PISHVA | * (Chapter 13) |
| SUSAN PISHVA, | |
| Debtors. | * * * * * * * |
| * * * * * * * | |
| CARROLL INDEPENDENT FUEL, LLC, | * |
| Movant, | * |
| v. | * |
| MOHAMMED R. PISHVA | |
| Respondent. | |
| * * * * * * * * * * * * * | |

## ORDER GRANTING
## MOTION FOR RELIEF FROM STAY

Upon consideration of the *Motion for Relief from Stay* (the "Stay Relief Motion"),[1] filed by Carroll Independent Fuel, LLC ("Movant"), and related *Notice of Motion for Relief from Stay and Hearing Thereon* (the "Stay Relief Notice"), and it appearing that due and adequate notice of

---

[1] Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Stay Relief Motion.

the Motion has been provided; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that Movant is relieved from the automatic stay under 11 U.S.C. § 362(a) to terminate its Sublease and the Supply Contract with Mohammed R. Pishva and 25th Street Enterprises, Inc.; and it is further

**ORDERED**, that the 14-day stay under Bankruptcy Rule 4001(a)(3) applicable generally to an order granting relief from the automatic stay is hereby waived.

cc:	Brent C. Strickland
	Whiteford, Taylor & Preston L.L.P.
	7501 Wisconsin Avenue
	Suite 700W
	Bethesda, Maryland 20814-6521

	Adam Brown Ross
	The Law Offices of Richard B. Rosenblatt
	30 Courthouse Square
	Suite 302
	Rockville, MD 20850

	Timothy P. Branigan
	P.O. Box 1902
	Laurel, MD 20725-1902

	Kyle J. Moulding
	McCabe, Weisberg & Conway, LLC
	312 Marshall Avenue, Suite 800
	Laurel, MD 20707

	United States Trustee
	6305 Ivy Lane
	Suite 600
	Greenbelt, MD 20770

**END OF ORDER**

*2133530*