

**DUNCAN W. KEIR**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MOHAMMAD R. PISHVA and | : | Case No. 15-1-1441-PM |
| SUSAN PISHVA, | : | Chapter 13 |
| Debtors. | : | |
| | : | |

### ORDER DENYING TRUSTEE'S OBJECTION TO
### EXEMPTIONS BASED ON TENANCY BY THE ENTIRETIES
### PRO TEMPORE

Before the Court is the objection of Timothy P. Branigan, Chapter 13 trustee ("Trustee"),

to the exemptions claimed by the Debtor(s). Having considered the objection, and after notice and

a hearing appropriate in the circumstances, and sufficient cause appearing therefor, it is by the

United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the objection is denied *pro tempore*; and it is further

- 1 -

- 2 -

**ORDERED**, that this order is without prejudice to the Trustee's rights in the event circumstances change, and any further objection will relate back to the date of the first objection filed by the Trustee.

copies to:

Timothy P. Branigan, Trustee
P.O. Box 1902
Laurel, MD  20725-1902

Mohammad & Susan Pishva                    Adam Ross, Esq.
10505 Tyler Terrace                        30 Courthouse Square, #302
Potomac, MD  20854                         Rockville, MD  20854

**END OF ORDER**