

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| MOHAMMAD R. PISHVA | * | CASE NO.: 15-1-1441-PM |
| SUSAN PISHVA | | (Chapter 13) |
| | * | |
| Debtors | | |
| * * * * * * * * | | |
| RBS CITIZENS N.A. | * | |
| Movant | * | |
| v. | * | |
| MOHAMMAD R. PISHVA | * | |
| SUSAN PISHVA | | |
| | * | |
| Respondents | | |
| * * * * * * * * * * * * * * * | | |

## CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief From Automatic Stay and to Reclaim Property filed by RBS Citizens N.A., the Movant, with regard to the vehicle subject to its purchase money security interest, namely, one 2011 Volkswagen Jetta, serial number 3VW2K7AJ0BM397340; and Movant and the Respondents, Mohammad R. Pishva and Susan Pishva, having

agreed to the terms of this Consent Order; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Automatic Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described vehicle; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondents; and it is further

ORDERED, that Movant shall not exercise or enforce its state law and contractual rights and remedies with regard to the vehicle if Respondents do the following:

a.  Make the monthly contractual payments for February, April, May, June, July, August, September, October, November, December 2015, January, and February 2016 by paying Movant $429.55 by September 21, 2015, by paying Movant $429.55 by October 21, 2015, by paying Movant $429.55 by November 21, 2015, by paying Movant $429.55 by December 21, 2015, by paying Movant $429.55 by January 21, 2016, and by paying Movant $429.55 by February 21, 2016; and

b.  Resume regular monthly contractual payments of $257.73 each to Movant, commencing March 21, 2016 and continuing on the 21st day of each consecutive following month

until the full amount owed under the contract for purchase of the vehicle has been paid; and

    c.   Pay Movant's counsel fees of $526.00 by paying Movant $526.00 by April 4, 2016; and

    d.   Maintain a policy of comprehensive physical damage property insurance on the aforesaid vehicle which protects Movant's interests therein and provides Movant with proof of the same by September 15, 2015 and within ten days of any subsequent request thereof.

    AND IT IS FURTHER ORDERED, that if the Respondents fail to make any of the payments described above in full and on time, or fail to provide Movant with proof of insurance or maintain such insurance, as described in paragraph c above, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the vehicle without further proceedings in this Court after filing a notice of any such default and serving the same on the Respondents and the Respondents' counsel, giving the Respondents ten days form the date of such notice to cure such default (limited to one such notice),

    AND IT IS FURTHER ORDERED, that if the Respondents' Chapter 13 case is dismissed or converted to Chapter 7, then Movant may immediately exercise and enforce its state law and

contractual rights and remedies with regard to the vehicle, without further proceedings in this Court, unless all defaults in payments are immediately and fully cured.

AND IT IS FURTHER ORDERED, that the Respondents having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Modifying Automatic Stay.

| /s/ Adam B. Ross | /s/ Michael J. Klima, Jr. |
|---|---|
| ADAM B. ROSS | MICHAEL J. KLIMA, JR. #25562 |
| 30 Courthouse Square | 810 Glen Eagles Court |
| Suite 302 | Suite 312 |
| Rockville, MD 20850 | Baltimore, MD 21286 |
| (301)838-0098 | (410)837-1140 |
| Attorney for Debtors/ | Attorney for Movant |
| Respondents | Attorney File No.: 15-2694 |

I HEREBY CERTIFY, that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the  /s/  on this copy reference the signatures of consenting parties on the original Consent Order,

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.

4

cc:  Michael J. Klima, Jr., Esquire
     810 Glen Eagles Ct, Ste 312
     Baltimore, MD 21286-2237

     Mohammad R. Pishva
     Susan Pishva
     10505 Tyler Terrace
     Rockville, MD  20854

     Adam B. Ross, Esquire
     30 Courthouse Square
     Suite 302
     Rockville, MD 20850

     Timothy P. Branigan, Esquire
     Chapter 13 Trustee
     P.O. Box 1902
     Laurel, MD 20725-1902

**End of Order**