Entered: May 13th, 2016
Signed: May 12th, 2016

**SO ORDERED**



**DUNCAN W. KEIR**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:  15–11441 – DK      Chapter:   13**

Mohammad R. Pishva                              Susan Pishva
10505 Tyler Terrace                               10505 Tyler Terrace
Potomac, MD 20854                              Potomac, MD 20854

## ORDER DENYING CONFIRMATION OF
## CHAPTER 13 PLAN WITHOUT LEAVE TO AMEND

Having held a hearing on confirmation of the Chapter 13 Plan proposed by the Debtor(s), and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325 and that the Debtor(s) is/are unable to file a Plan that is susceptible of confirmation, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by Debtor(s) is denied without leave to amend or to file another Plan or modification of a Plan; and it is further

ORDERED, that if within fourteen (14) days from the date of entry of this Order this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court on account of Debtor(s)' failure to prosecute the case properly without further notice or hearing.

cc:   Debtor(s)
     Attorney for Debtor(s) – Adam Brown Ross
     Chapter 13 Trustee – Timothy P. Branigan

**End of Order**

**8.4 – *gbellman***