

**DUNCAN W. KEIR**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   **15–11441 – DK**   Chapter:   **13**

| | |
|---|---|
| **Mohammad R. Pishva** | **Susan Pishva** |
| Debtor(s) | |

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
## AFTER FAILURE TO CONFIRM PLAN
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on May 13, 2016 confirmation of Debtor(s)' proposed Chapter 13 Plan was denied without leave to amend. Debtor(s) has/have not properly prosecuted this action by electing to convert this Chapter 13 case to a case under another chapter or to dismiss within the time allowed by aforesaid Order.

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of $0.00 and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Adam Brown Ross
      Case Trustee – Timothy P. Branigan

### End of Order

15x11 (12/13/2012) – *sjames*